James E. Egan
Attorney at Law
315 W. Kennewick Ave.
Kennewick, WA 99336
(509) 586-3091

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY DETLOFF,<br><br>Defendant. | Cause No. CR-10-6031-RMP-1<br><br>**ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE** |

Before the court is Defendant's Motion to Modify Conditions of Release.

For the reasons set forth in Defendant's Motion, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED (Ct Rec. 67) and the defendant is allow to travel and work in the Western District of Washington. The hearing on this issue scheduled Friday, August 6, 2010 at 9:00 AM is stricken.

IT IS SO ORDERED. The District Court Executive is directed to enter this order and to provide copies to counsel.

DATED this 3rd day of August, 2010.

_____
MAGISTRATE JUDGE JAMES P. HUTTON

**Order Granting Motion
to Modify Conditions of Release- 1**

PRESENTED BY:

s/James Egan
James E. Egan
Attorney for Defendant

Telephonically Approved on August 3, 2010 by:

s/Robert A. Ellis
Robert A. Ellis, AUSA

Telephonically Approved on August 2, 2010 by:

s/Kurt Hare
Kurt Hare, United States Probation Officer

**Order Granting Motion
to Modify Conditions of Release- 2**