UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GREGORY DETLOFF,<br><br>　　　　　　　　　Defendant. | NO:  CR-10-6031-RMP-1<br><br>ORDER ACCEPTING GUILTY PLEA |

On November 8, 2010, Defendant Gregory Detloff appeared before the Court, represented by James E. Egan, and entered a plea of guilty to Count 1 of the Superseding Indicting, filed June 15, 2010, charging him with Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 371.  The Court finds that the Defendant's plea of guilty to the Superseding Indictment is voluntary and not induced by fear, coercion, or ignorance.  The Court further finds that this plea is given with knowledge of the charged crime, the essential elements of the charged crime, the government's evidence of the charged crime, the consequences of a guilty plea, and that the facts admitted to by the Defendant in open court constitute

ORDER ACCEPTING GUILTY PLEA ~ 1

the essential elements of the charged crime.

Accordingly,

**IT IS HEREBY ORDERED:** Defendant's plea of guilty is accepted. The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this 10th day of November, 2010.

>     *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> United States District Court Judge

ORDER ACCEPTING GUILTY PLEA ~ 2